# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| SHERRY FULLER QUEEN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:13-cv-00021-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 19, 2013 Order.

November 19, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court